No. 96–8113.  BROWN v. TEXAS.  Ct. App. Tex., 11th Dist. Certiorari denied.

No. 96–8118.  WHITE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 96–8120.  CROSS v. CROSS.  App. Ct. Mass.  Certiorari denied.

No. 96–8121.  JONES v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 96–8126.  KENT v. HARVARD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–8127.  MALLARD v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–8131.  TOLBERT v. DALLAS AREA RAPID TRANSIT. C. A. 5th Cir.  Certiorari denied.

No. 96–8133.  JACKSON v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 96–8134.  DAVIS v. ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 96–8135.  WILLIAMS v. MOBLEY ET AL.  C. A. 8th Cir. Certiorari denied.

No. 96–8136.  WALSH v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 96–8137.  THOMAS v. OWENS, JUDGE, DISTRICT COURT OF OKLAHOMA, OKLAHOMA COUNTY, ET AL.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–8138.  TURNER v. DENMARK ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–8141.  ARTEAGA v. HILL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 96–8142.  PATE v. LOCKHEED MISSILES & SPACE CO., INC., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.